FILED

09/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0594

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0594

_____

TOWN OF EKALAKA,

      Plaintiff and Appellee,

v.

EKALAKA VOLUNTEER FIRE
DEPARTMENT, INC.

      Defendant and Appellant.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Nickolas C. Murnion, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 22 2021